LAW LIBRARY

NO. 28388

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee

vs.

EVE CRESPO,
Petitioner/Defendant-Appellant

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-CR NO. 06-1-2123)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

July 13, 2010 by Petitioner/Defendant-Appellant Eve Crespo is

hereby rejected.

DATED:  Honolulu, Hawai'i, August 3, 2010.

FOR THE COURT:

Associate Justice

Leland B.T. Look,
on the application
for petitioner/
defendant-appellant.

---

[1]    Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and
Recktenwald, JJ., and circuit judge Chan in place of Moon, C.J., recused.